**FILED**
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**RECEIVED**
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IVAN VON STAICH

           Plaintiff,

vs.

Ben Curry, Warden CTF-Soledad, et al.,

           Defendant.

CASE NO. C08-2068 PJH

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Ivan von Staich, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No XX

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: None..

Gross: _____ Net: _____

Employer: None...

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 1 -

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

**Note: Petitioner has been incarcerated for 25 years and has no prior employment on record with SSI.**

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

| | | | |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ___ | No **X** |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No **X** |
| c. | Rent payments? | Yes ___ | No **X** |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No **X** |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ___ | No **X** |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.     **None.**

3. Are you married?     Yes ___ No **X**

Spouse's Full Name: **None.**

Spouse's Place of Employment: **None.**

Spouse's Monthly Salary, Wages or Income:

Gross $ **None.**     Net $ **None.**

4. a. List amount you contribute to your spouse's support: $ **None.**

1    b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages.  DO NOT INCLUDE
4         THEIR NAMES.).
5         None. _____
6    _____

7  5.  Do you own or are you buying a home?     Yes ___  No _x_
8  Estimated Market Value: $ None. _____  Amount of Mortgage: $ None. _____
9  6.  Do you own an automobile?               Yes ___  No _x_
10 Make ____None.____ Year ___None.___ Model ___None._____
11 Is it financed?  Yes __None__ No _____ If so, Total due: $ ___None._____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ___ No _x_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __None._____
15 _____
16 Present balance(s): $ _____None._____
17 Do you own any cash?  Yes ___ No _x_ Amount: $ ___None._____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _x_
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ ____None._____ Utilities: None. _____
23 Food: $ ____None._____ Clothing: None. _____
24 Charge Accounts:
25 Name of Account            Monthly Payment            Total Owed on This Acct.
26 _____       None.  $ ____None._____   $ ___None._____
27 _____  $ _____  $ _____
28 _____  $ _____  $ _____ 9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
   |    None.
3 | _____
4 | _____
5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ____   No  X
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
   |    None.
9 | _____
10 | _____

11 |    I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |    I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

15 |
16 |  4-7-08                              Ivan Von Staich
17 |   DATE                          SIGNATURE OF APPLICANT
18 |                                  IVAN VON STAICH
   |                                  Petitioner In Pro Se
19 |                                  Without Bar Licensed Counsel

20
21
22
23
24
25
26
27
28

1
2   IVAN VON STAICH                          Case Number: _____
3   v.
4   Ben Curry, Warden CTF-
5   Soledad, et al.,
6
7
8
9                         **CERTIFICATE OF FUNDS**
10                                   **IN**
11                         **PRISONER'S ACCOUNT**
12
13          I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of ___Staich, Ivan___ for the last six months
15   at Correctional Training Facility
     P. O. Box 686
16   (5 Miles N of Soledad on US 101) [prisoner name]
     Soledad, California  93960
17   ATTN: Trust Office                       where (s)he is confined.
18          [name of institution]
19          I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $____0____ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $____0____.
22
23   Dated: 4/17/08                            Yolanda Chavez
24                                             [Authorized officer of the institution]
                                               Acct I Specialist
25
26   Correctional Training Facility            THE WITHIN INSTRUMENT IS A CORRECT
     P. O. Box 686                             COPY OF THE TRUST ACCOUNT MAINTAINED
                                               BY THIS OFFICE.
27   (5 Miles N of Soledad on US 101)          ATTEST: 4-17-08
     Soledad, California  93960                CALIFORNIA DEPARTMENT OF CORRECTIONS
28   ATTN: Trust Office                        BY Yolanda Chavez
                                               TRUST OFFICE
                                               Acct I Specialist

                                    - 5 -

```
REPORT ID: TS3030 .701                                              REPORT DATE: 04/17/08
                                                                    PAGE NO:          1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CTF SOLEDAD/TRUST ACCOUNTING
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 18, 2007 THRU APR. 17, 2008

ACCOUNT NUMBER : E10079                         BED/CELL NUMBER: CFCWT1000000137L
ACCOUNT NAME   : STAICH, IVAN                   ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                         TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         CURRENT HOLDS IN EFFECT

  DATE      HOLD
 PLACED     CODE       DESCRIPTION            COMMENT          HOLD AMOUNT
 ------     ----       -----------            -------          -----------
04/04/2008  H118   LEGAL COPIES HOLD         3180 LCOPY            11.90
04/09/2008  H109   LEGAL POSTAGE HOLD        3287 LPOST             1.14

                         TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL       TOTAL        CURRENT      HOLDS       TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS    BALANCE     BALANCE      TO BE POSTED
---------    ---------   -----------    ---------   ---------     ------------
   0.00         0.00         0.00         0.00       13.04            0.00

                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                        ---------
                                                          13.04-
```

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-17-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   Acct / Specialist